# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN T and ROBERT T, SR., for themselves and their minor daughter, N.T., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-12307 |
| ERIN DEVENEY, Interim Commissioner of the DEPARTMENT OF CHILDREN & FAMILIES, and MARTHA COAKLEY, the Attorney General of the Commonwealth of Massachusetts, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## AMENDMENT TO COMPLAINT BY INTERLINEATION

Plaintiffs Karen T and Robert T, Sr., for themselves and their daughter N.T., through counsel, hereby amend their Complaint by interlineation as follows:

1.     Paragraph 52 is amended to reflect that the date of discharge was **July 13, 2012** (formerly referenced as July 13, 2014).

2.     This amendment is made as a matter of right pursuant to the provisions of Fed. R. Civ. P. 15(A)(1)(b).

Respectfully submitted,

KAREN T and ROBERT T, SR.,

Dated: July 7, 2014

By:   /s/  Peter J. Duffy
      Barry S. Pollack (BBO#642064)
      Joshua L. Solomon (BBO#657761)
      Peter J. Duffy (BBO#566682)
      Matthew B. Arnould (BBO#675457)
      POLLACK SOLOMON DUFFY LLP
      133 Federal Street, Suite 902
      Boston, MA  02110
      617-439-9800 (Tel)
      617-960-0490 (Fax)
      bpollack@psdfirm.com
      jsolomon@psdfirm.com
      pduffy@psdfirm.com
      marnould@psdfirm.com

      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above document, filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non registered participants on July 7, 2014.

      /s/ Barry S. Pollack