UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN T. and ROBERT T., SR., )
for themselves and their )
daughter, N.T., )
    Plaintiffs, )
     )
    v. )    C.A. No. 14-12307-MLW
     )
LINDA SPEARS, MAURA HEALEY, )
    Defendants. )

## ORDER

WOLF, D.J.                                                              March 24, 2015

It is hereby ORDERED that:

1. The parties shall confer and, by May 1, 2015, report, jointly if possible, but separately if necessary, concerning:

    a) Whether they have agreed to a settlement of this case.

    b) Whether they request an extension of the previously ordered stay to continue their discussion, and, if so, the length of the requested extension.

2. If this case is not resolved and the stay is not extended, a hearing on the defendants' Motion to Dismiss (Docket No. 12) will be held on May 20, 2015, at 3:00 p.m.

                                                              /s/ Mark L. Wolf
                                                          UNITED STATES DISTRICT JUDGE